UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Quintin Fields                                               Docket No. 7:09-CR-8-1FL

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quintin Fields, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1) and 924, as well as Possession with the Intent to Distribute More Than 5 Grams of Crack Cocaine in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 10, 2009, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Quintin Fields was released from custody on September 26, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 22, 2017, a urine sample was obtained from the defendant at his home in Lumberton, NC. At the time of the sample, the defendant admitted to use of marijuana on April 21, 2017 and signed an admission form. The sample was sent to Alere Laboratories for additional testing. The sample was confirmed positive on April 28, 2017, for cocaine and marijuana. The undersigned officer met with the defendant at his home on May 11, 2017, at which time he signed a subsequent admission form admitting to use of cocaine. In order to place the defendant in the surprise urinalysis program and have him complete a substance abuse assessment, we are requesting that his conditions be modified to include the standard drug aftercare condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Quintin Fields
Docket No. 7:09-CR-8-1FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: May 17, 2017

## ORDER OF THE COURT

Considered and ordered this __17th__ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge